

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2015

No. 04-14-00267-CV

**DIATHEGEN**, LLC,
Appellant

v.

**PHYTON BIOTECH, INC.,** Phyton Biotech, LLC, Phyton Biotech, GmbH,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17463
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Jason K. Pulliam, Justice

The court has considered the Appellant's Motion of Rehearing En Banc, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court